FILED
December 20, 2005
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000373229



RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CA 95353-3051
(209) 576-1954

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO: 04-33257-A-13 |
|---|---|
| JONATHAN M KISSEE | CHAPTER 13 |
| 1881 AVALANCHE CT | SSN #1   XXX-XX-1736 |
| MANTECA, CA 95336 | SSN #2 |
| AKA:           AKA: | |

## FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

This case was commenced on November 18, 2004
The Plan was confirmed on February 15, 2005

The Debtor has made all payments due under the Plan and Trustee has paid all claims pursuant to the Plan.

Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records are available from Trustee. A summary of Trustee's detailed records follows.

SEE ATTACHMENT WHICH LISTS TOTAL RECEIPTS AND DISBURSEMENT DETAIL.

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | SPECIAL |
|---|---|---|---|---|
| AMT ALLOWED | 46,117.63 | 2,869.74 | 21,027.81 | 35,521.80 |
| PRIN PAID | 46,117.63 | 2,869.74 | 21,027.81 | 35,521.80 |
| INT PAID | 4721.88 | 0.00 | 525.03 | 0.00 |

|  | ATTORNEY | ADMIN | REFUNDS | TOTAL |
|---|---|---|---|---|
| AMT ALLOWED | 2,000.00 | 0.00 |  | 107,536.98 |
| PRIN PAID | 2,000.00 | 0.00 | 5,647.71 | 113,184.69 |
| INT PAID | 0.00 | 0.00 |  | 5,246.91 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE | NOTICING FEE | TRUSTEE'S FEES |
|---|---|---|---|
|  | 0.00 | 0.00 | 8,768.40 |

I, Russell D. Greer, Chapter 13 Standing Trustee, declare, under penalty of perjury, that the foregoing is true and correct. Pursuant to Federal Rules of Bankruptcy Procedure Rule 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered and request this case be closed if no objection is filed within 30 days by the United States Trustee or a party in interest. If, within 30 days, an objection stating with particularity the grounds therefore is filed with the Clerk of the Court and served on the Trustee by the United States Trustee or a party in interest, Russell D. Greer, Chapter 13 Standing Trustee, will set the matter for hearing by filing a notice of hearing with the Clerk of the Court and serving the notice on the objecting party at least ten days before the hearing date. If no objections have been filed and served within 30 days, the Court, without further notice, will enter a final decree closing the case, discharging the trustee, and exonerating the trustee's bond.

DATED:  12/20/2005                                                /s/ RUSSELL D. GREER

0054-1G-FINAL1G-00017563-402792                         RUSSELL D. GREER, TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:  
**JONATHAN M KISSEE**  
SSN #1  XXX-XX-1736        SSN #2

CASE NO: 04-33257-A-13  
**CHAPTER 13**

## ATTACHMENT TO FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

RECEIPTS: Amount paid to Trustee by or for Debtor(s) for the benefit of creditors.        127,200.00  
DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME ACCOUNT# | ALLOWED AMOUNT CLASS/CATEGORY | % TO BE PAID ALLOWED CLAIMS PER PLAN PRIN | INT | PAID PER PLAN PRIN | INT | BAL DUE |
|---|---|---|---|---|---|---|
| ADVANCED COLLECTION 6527 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 0.00 | 0.00 | 0.00 |
| ASSISTANT US ATTORNEY | .00 Unsecured/NOTICE CREDITOR | 100.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| CITI CARDS 1613 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 0.00 | 0.00 | 0.00 |
| COLLECTIONS R US 6508 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 0.00 | 0.00 | 0.00 |
| DEBBI MCLLAY | .00 Unsecured/NOTICE CREDITOR | 100.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| JONATHAN M KISSEE | Continuing Refund/REFUND AT CLOSING | 100.0000 | 0.0000 | 5,647.71 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES 6879450129000286446 | .00 Secured/SECD DEBT PD IN PLAN | 100.0000 | 10.0000 | 0.00 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES 6879450129000286446 | 1,398.48 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 1,398.48 | 34.56 | 0.00 |
| DEPARTMENT OF JUSTICE | .00 Unsecured/NOTICE CREDITOR | 100.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP 2626 | 968.29 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 968.29 | 23.88 | 0.00 |
| ECAST SETTLEMENT CORP 8815 | 17,914.06 Secured/SECD DEBT PD IN PLAN | 100.0000 | 24.0000 | 17,914.06 | 4,299.36 | 0.00 |
| ECAST SETTLEMENT CORP 3663 | 3,778.50 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 3,778.50 | 93.36 | 0.00 |
| FRANCHISE TAX BOARD 1736 | 826.39 Priority/PRIORITY UNSECURED | 100.0000 | 0.0000 | 826.39 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD 1736 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 0.00 | 5.67 | 0.00 |
| FRIEND & WALTON LAW OF | 2,000.00 Attorney/ATTORNEY OF RECORD | 100.0000 | 0.0000 | 2,000.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVIC 1736 | 2,043.35 Priority/PRIORITY UNSECURED | 100.0000 | 0.0000 | 2,043.35 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVIC 1736 | 671.87 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 671.87 | 16.56 | 0.00 |
| OFFICE OF THE U. S. TRUST | .00 Unsecured/NOTICE CREDITOR | 100.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERV 9221 | 4,070.59 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 4,070.59 | 100.56 | 0.00 |
| SALLIE MAE SERVICING | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 0.00 | 0.00 | 0.00 |
| SAN MATEO CREDIT UNION 427776-01 | 2,652.11 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 2,652.11 | 65.52 | 0.00 |

Case 04-33257   Filed 12/20/05   Doc 32

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:  
**JONATHAN M KISSEE**  
SSN #1 XXX-XX-1736    SSN #2

CASE NO: 04-33257-A-13  
CHAPTER 13

## ATTACHMENT TO FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

RECEIPTS: Amount paid to Trustee by or for Debtor(s) for the benefit of creditors.    127,200.00

DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME ACCOUNT# | ALLOWED AMOUNT CLASS/CATEGORY | % TO BE PAID ALLOWED CLAIMS PER PLAN PRIN | INT | PAID PER PLAN PRIN | INT | BAL DUE |
|---|---|---|---|---|---|---|
| SCHERIE WHALEY | .00 Unsecured/NOTICE CREDITOR | 100.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| STANFORD FEDERAL CREDI 2801 | 4,225.00 Secured/SECD DEBT PD IN PLAN | 100.0000 | 10.0000 | 4,225.00 | 422.52 | 0.00 |
| STANFORD FEDERAL CREDI 2801 | 7,487.97 Unsecured/GENERAL UNSECURED | 100.0000 | 2.4700 | 7,487.97 | 184.92 | 0.00 |
| STANFORD FEDERAL CREDI 2801 | .00 Secured/WITHDRAWN CLAIM | 100.0000 | 10.0000 | 0.00 | 0.00 | 0.00 |
| STANFORD FEDERAL CREDI 2801 | .00 Unsecured/WITHDRAWN CLAIM | 100.0000 | 2.4700 | 0.00 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BA 0074363169 | Continuing Other/ON-GOING MORTGAGES | 100.0000 | 0.0000 | 8,220.70 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BA 0074363151 | Continuing Other/ON-GOING MORTGAGES | 100.0000 | 0.0000 | 27,301.10 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BA 0074363169 L/C FOR DECEMB | 49.32 Secured/INITIAL POST PETITION DEFAULT | 100.0000 | 0.0000 | 49.32 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BA 0074363169 | 4,585.18 Secured/MORTGAGE ARREARS | 100.0000 | 0.0000 | 4,585.18 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BA 0074363151 L/C FOR DECEME | 136.55 Secured/INITIAL POST PETITION DEFAULT | 100.0000 | 0.0000 | 136.55 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BA 0074363151 | 19,207.52 Secured/MORTGAGE ARREARS | 100.0000 | 0.0000 | 19,207.52 | 0.00 | 0.00 |